1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700



FILED

MAR 29 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:13-MC-0031 JAM DAD

IN THE MATTER OF:                    )  Case No.
                                     )
Records in the Possession of the     )  STIPULATION AND [PROPOSED]
United States relating to Hung       )  PROTECTIVE ORDER
Gia Hoang and Tri Dung Gia Hoang     )
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )

   Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney DANIEL S. McCONKIE; HUNG GIA HOANG, by and through his attorney DENNIS WARREN; and TRI DUNG HOANG, by and through his attorney MALCOLM SEGAL; hereby stipulate as follows:

   1.  Portions of the discovery in this case (Bates # 000001-001706) contain personal information including, but not limited to, names of patients, private medical information, residential addresses, social security numbers, telephone numbers, email addresses, drivers' license numbers, and names of family members or employers (hereinafter "Protected Information").

   2.  In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or

1

dissemination of Protected Information to individuals not party to the court proceedings in this matter.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

4. The Protective Order applies to all discovery in the case, including but not limited to the discovery Bates-stamped 000001-001706.

5. **Defense Counsel, defense counsel's staff, investigator(s), and expert(s)**: Discovery containing Protected Information may be shared, copied and viewed by members of the defense team listed above only as necessary for the preparation of the defense in this case. This includes Hung Gia Hoang's and Tri Dung Hoang's criminal counsel as well as their civil defense counsel, and any staff, investigator, or expert hired by either counsel. Discovery shall not be disseminated to any other person except by further order of the Court. The terms "staff," "investigator," and "expert" shall not be construed to describe Hung Gia Hoang, Tri Dung Hoang, or any other person not: (1) regularly employed by counsel, or (2) licensed as an investigator, or (3) retained as an expert.

6. Hung Gia Hoang and Tri Dung Hoang may review the discovery in the presence of defense counsel (criminal or civil), defense counsel's staff, investigator(s), or expert(s). Those persons who have access to the discovery shall not give a copy of the discovery to Hung Gia Hoang or Tri Dung Hoang without further order of the Court.

7. **Others**: Neither Hung Gia Hoang, Tri Dung Hoang, defense counsel, or defense counsel's staff, investigator(s), or expert(s)

1 shall give or transmit any part of the discovery or a copy of the
2 discovery to any person.

3     8.  **Court Filings**: Parties will redact Protected Information
4 from any Court filings and refrain from otherwise placing Protected
5 Information in the public record.  If necessary to file Protected
6 Information in Court filings, parties will either redact Protected
7 Information from public filings or seek leave of the Court to file
8 materials containing that information under seal, if redaction would
9 frustrate the purposes of making the filing.

10     9. Nothing in this stipulation will be construed to prevent
11 defense counsel, counsel's staff, investigator(s), or expert(s) a
12 reasonable opportunity to prepare.

13     **IT IS SO STIPULATED.**

15 DATED: 3/29/13            Respectfully Submitted,

16                             BENJAMIN B. WAGNER
                             United States Attorney

18                      By: _/s/ Daniel S. McConkie_
19                             DANIEL S. McCONKIE
                             Assistant U.S. Attorney

20 DATED: 3/28/2013

21                              MALCOLM SEGAL
                             Attorney for TRI DUNG HOANG

23 DATED: 3 22 2013

                             DENNIS WARREN
24                              Attorney for HUNG GIA HOANG

25     **IT IS SO ORDERED.**
26     3/29/13

27                        HON. ~~ALLISON CLAIRE~~ DALE A. DROZD
                       UNITED STATES MAGISTRATE JUDGE